### ROBERTS v. HAMMON.

**Statute of limitations:** EFFECT OF INDORSEMENTS. A payment and indorsement thereof on a promissory note will not prevent the bar of our statute of limitations. Following *Parsons* v. *Carey*, 28 Iowa, 431, and *Herrancourt* v *Merritt*, 29 id. 71.

*Appeal from District Court of Warren County.*

TUESDAY, JUNE 21.

Per CURIAM.—This suit was brought July 28, 1868, upon a note executed September 8, 1857, whereon a pay-

ment was made and indorsed in October, 1858. The defense was the statute of limitations. The district court rendered judgment for plaintiff for the amount of the note and interest, less the payment. This was error, as we have already held in two cases at this term. See *Parsons* v. *Carey*, 28 Iowa, 411; S. C., West. Jur. vol. 4, p. 138 (May No., 1870); *Harrencourt, Admr.*, v. *Merritt et al.*, 29 Iowa, 71.

Reversed.

*Todhunter & Williamson* for the appellant.

*P. Gad Bryan* for the appellee.

